UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

**ANNEMARIE McDONALD,**

Debtor.

_____/

Case No. DG 10-09162

Chapter 7: Filed: 7/26/10

Honorable Scott W. Dales

## MOTION TO COMPEL TURNOVER

NOW COMES Chapter 7 Trustee Jeff A. Moyer ("Trustee"), by and through his attorneys, The Bankruptcy Group, Inc., and states as his Motion to Compel Turnover to the Court the following:

1. Annemarie McDonald ("McDonald" or "Debtor") filed a voluntary Chapter 7 petition for relief on July 26, 2010.

2. Jeff A. Moyer ("Trustee" or "Movant") is the duly-appointed, qualified and acting Chapter 7 Trustee in this case.

3. The Trustee requests turnover from Ms. McDonald the amount of $86,480.08 representing the non-exempt funds she received post-petition from her mother's trust, the Kathleen Anne McDonald Trust, as a beneficiary to the trust.

4. The Debtor received the funds in question based upon the passing of the Debtor's Mother within 180 days after the filing of the Chapter 7 petition (*See* §541(a)(5)).

5. The personal property involved is not of inconsequential value nor without benefit to the estate.

6. Ms. McDonald is required to turn over the non-exempt and undisclosed funds in question to the Trustee and has not yet done so (*See* Fed.R.Bkrtcy.P. 1007(h); §542(a)).

WHEREFORE, Trustee Jeff A. Moyer requests this Court to enter an Order granting the following relief:

A. Requiring the immediate turnover by Ms. McDonald the amount of $86,480.08 representing the non-exempt funds she received from her mother's trust post-petition; and

B. Grant such other or further relief as this Court deems just and proper.

Respectfully submitted,

**THE BANKRUPTCY GROUP, INC.**
Attorneys for Trustee Jeff A. Moyer

Dated: January 16, 2014

By: _____
Jeff A. Moyer (P44671)
Business Address:
P.O. Box 337
Grandville, MI 49468-0337
(616) 532-4002